NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD MURTON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI,**
*Respondent-Appellee.*

---

2011-7058

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2880, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

Before LOURIE, *Circuit Judge.*

**ORDER**

Richard Murton moves for this court to dismiss that portion of his appeal which does not challenge determinations regarding his claim relating to alopecia areata. The Secretary of Veterans Affairs responds.

We note that the Court of Appeals for Veterans Claims denied Murton's request to bifurcate his claims in

the case, and in this motion he challenges that ruling. Briefing in this case is now completed.

Accordingly,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order, the motion, and the Secretary's response shall be forwarded to the merits panel.

FOR THE COURT

**SEP 0 1 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sandra W. Wischow, Esq.
    Scott D. Austin, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 1 2011

JAN HORBALY
CLERK